IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THOMAS CRAFT, as Owner of a 1999 18' Hewes Vessel, Florida Registration Number FL9488KD, its engines, tackle, apparel, appurtenances, etc. for Exoneration from or Limitation of Liability, | CASE No.: |
| Petitioner. _____/ | |

## COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

THOMAS CRAFT, Petitioner, as owner of a 1999 18' Hewes Vessel, Florida Registration Number FL9488KD, its engines, tackle, apparel, appurtenances, etc. (the "Vessel"), under Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims, Middle District Local Rule 7.06, and 46 U.S.C.A. § 30501, *et seq.* files his Complaint for Exoneration from or Limitation of Liability, alleging as follows:

1. This is an admiralty and maritime action within the meaning of Rule 9(h), Federal Rules of Civil Procedure, the Supplemental Rules for Certain Admiralty and Maritime Claims, and the Local Admiralty Rules of the United States District Court for the Middle District of Florida.

2. Jurisdiction is proper pursuant to 28 U.S.C.A. § 1333 and 46 U.S.C.A. §§ 30501 *et seq.*

3. Venue is proper in this district under Rule F(9) Supplemental Rules for Certain Admiralty and Maritime Claims, in that the 18' Hewes Vessel has not been attached or arrested

and suit has not been commenced against Petitioner, as owner of the 18' Hewes Vessel with respect to the incident described below, and the 18'Hewes Vessel and the Petitioner are located in/reside in Pinellas County, Florida.

4. Upon information and belief, the Claimants Stephanie Ludwig and Andrew Mentch, reside in Pinellas County, Florida.

5. The subject vessel is a 1999 18' Hewes Vessel, Florida Registration Number FL9488KD.

6. At all times material to this Complaint, the 18' Hewes Vessel was owned by Petitioner, Thomas Craft.

7. At all times material to this action, the 18' Hewes Vessel was seaworthy, properly and efficiently manned, equipped and furnished, and well and sufficiently fitted and supplied with suitable machinery, tackle, apparel, etc., all in good order and condition and suitable for their intended use.

8. On or about July 27, 2019, the 1999 18' Hewes Vessel, Florida Registration Number FL9488KD, owned by Thomas Craft and operated by his son, Ryan Craft, allided with a seawall adjacent to the navigable waters of the Intercoastal Waterway in South Pasadena, Pinellas County, Florida. Also onboard the 1999 18' Hewes Vessel at the time of the aforesaid allision were Stephanie Ludwig, of St. Petersburg, Florida, and Andrew Mentch, of Treasure Island, Florida. As a result of the allision, Stephanie Ludwig and Andrew Mentch allegedly sustained injuries requiring medical care and attention, and the 18' Hewes vessel sustained damage to its hulls and machinery, which will require repair.

9. The incident at issue and any ensuing damages, personal injury and property loss, were not caused by any fault of the 18' Hewes vessel, its owner, or any person or entity

for whose actions the owner is responsible. Neither the 18' Hewes vessel, nor its owner, Petitioner, are liable to any extent, and they are entitled to exoneration from liability for all losses, injury, and damages occasioned and incurred by, or as a result of the incident.

10. Petitioner further alleges all losses, injury, and damages resulting from the incident occurred as a result of actions, omissions, or conditions which Petitioner did not participate in, had no knowledge of, and had no reason to know about.

11. Petitioner, as owner of the 18' Hewes vessel, should be exonerated of and from any liability for any losses, injury, or damage arising out of the incident described above, as it was not caused by any neglect of Petitioner or the 18' Hewes vessel.

12. Petitioner lacked privity or knowledge of the circumstances, actions, or omissions giving rise to the incident at issue.

13. Thus, and without admitting liability, in the event the 18' Hewes vessel is held responsible to anyone by reason of the matters set forth above, Petitioner claims the benefit of the limitation of liability provided in 46 U.S.C.A. §§ 30501 *et seq*.

14. The 18' Hewes vessel sustained damage to its hull and machinery in the incident described herein, and has a post-casualty value of approximately $10,000.00 (see Ad Interim Stipulation for Value filed contemporaneously herewith).

15. Petitioner knows of potential claims by Stephanie Ludwig, of St. Petersburg, Florida, Andrew Mentch, of Treasure Island, Florida and by healthcare providers in Pinellas County, Florida, who provided medical care and treatment to Stephanie Ludwig and/or Andrew Mentch for injuries allegedly sustained in the incident.

16. Petitioner alleges the amount of damages associated with the potential claims may exceed the amount of his interest in the 18' Hewes vessel.

17. The first written notice of a claim arising from the incident subject to limitation was a letter from counsel for Stephanie Ludwig dated August 15, 2019, and therefore this action is timely filed under the provisions of the Limitation Act, 46 U.S.C.A. §§ 30501 et seq.

18. Petitioner files, contemporaneously herewith, a Stipulation for Costs and an Ad Interim Stipulation for Value, in the appropriate form for the payment into Court of the amount of Petitioner's interest in the 18' Hewes vessel, together with interest at the rate of 6% per annum from the date of said Stipulation, and for costs; and, in addition thereto, Petitioner is prepared to give bond or stipulation for any amount in excess of the Ad Interim Stipulation for Value as may be ascertained and determined to be necessary under the orders of this Court, and as provided by the laws of the United States and the Federal Rules of Civil Procedure. (See; Ad Interim Stipulation for Costs and the Ad Interim Stipulation for Value filed contemporaneously herewith.)

WHEREFORE, Petitioner, as owner of the 18' Hewes vessel, respectfully requests:

A. Upon the filing of the Stipulation for Costs and the Ad Interim Stipulation for Value herein described, this Honorable Court direct the Clerk of Court to issue the proposed notice filed by Petitioner herein, which admonishes all persons, firms, or corporations asserting claims for any and all losses, damages, injuries, or destruction, with respect to which Petitioner seeks exoneration from or limitation of liability, to file their respective claims with the Clerk of this Court and to serve on Petitioner's attorney a copy thereof, on or before the date specified in the notice;

B. Upon the filing of the Stipulation for Costs and the Ad Interim Stipulation for Value herein described, the Court issue the proposed Injunction filed by Petitioner herein, which restrains the commencement or prosecution of any action or proceeding of any kind

against Petitioner, the 18' Hewes vessel, and/or any of Petitioner's property, with respect to any claim for which Petitioner seeks limitation, including any claim arising out of or connected with any loss, injuries, damage, or destruction resulting from the incident described in the Complaint;

        C.    If any claimant who shall have filed a claim shall also file an exception contesting the value of the 18' Hewes vessel or its pending freight, if any, as alleged herein, and the amount of the Ad Interim Stipulation for Value as aforesaid, this Court shall cause due appraisement to be had of the value of the 18' Hewes vessel following the casualty and of the value of Petitioner's interest therein, and pending freight, if any, and in which event this Court shall enter an order for the filing of an amended stipulation for the aggregate value, as so determined, of Petitioner's interest in the 18' Hewes vessel and its pending freight, if any;

        D.    This Court adjudge Petitioner, and the 18' Hewes vessel, not liable to any extent whatsoever for any losses, injuries, damages or destruction, or for any claim whatsoever done, occasioned or incurred as a result of the matters and happenings referred to in this Complaint; or, in the alternative, if the Court should adjudge that Petitioner is liable in any amount whatsoever, that said liability may be limited to the value of Petitioner's interest in the 18' Hewes vessel, and may be divided pro rata among such claimants, and that a judgment be entered discharging Petitioner and the 18' Hewes vessel of and from any and all further liability and forever enjoining and prohibiting the filing or prosecution of any claims against Petitioner and the 18' Hewes vessel, or his property, in consequence of, or connected with, the matters and happenings referred to in this Complaint; and

E.   This Court grant Petitioner such other and further relief that justice may require.

Dated: February __5__, 2020.

                                                Respectfully submitted.

/s/ David F. Pope
David F. Pope – FBN 164452
Service-dpope@bankerlopez.com
Eric C. Thiel – FBN 016267
Service-ethiel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066

Attorneys for Petitioner