IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF THOMAS CRAFT, as Owner of a
1999 18' Hewes Vessel, Florida Registration        CASE No.: 8:20-cv-272-T-60SPF
Number FL9488KD, its engines, tackle,
apparel, appurtenances, etc. for Exoneration
from or Limitation of Liability,

        Petitioner.
_____/

## STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Thomas Craft, Petitioner, and Stephanie Ludwig and Andrew Mentch, Claimants by and through undersigned counsel, hereby stipulate that all claims and disputes between Petitioner and Claimants have been amicably resolved, and jointly move for entry of an Order dismissing the Complaint of Petitioner, and the claims of Claimants, with prejudice, with each party to bear their own respective costs and attorney's fees.

## MEMORANDUM IN SUPPORT OF JOINT MOTION

The foregoing Joint Motion for Dismissal with Prejudice is made in accordance with Rule 41(a)(2), Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ David F. Pope*_____
David F. Pope – FBN 164452
Service-dpope@bankerlopez.com
Eric C. Thiel – FBN 016267
Service-ethiel@bankerlopez.com

        BANKER LOPEZ GASSLER P.A.
        501 E. Kennedy Blvd., Suite 1700
        Tampa, FL 33602
        Telephone:  813-221-1500
        Facsimile:  813-222-3066

        Attorneys for Petitioner, Thomas Craft

| | |
|---|---|
| */s/  Rick G. Bannon* | */s/  Russell L. Cheatham, III* |
| Rick G. Bannon – FBN 352985 | Russell L. Cheatham III – FBN 393630 |
| Rick@rbannonlaw.com | Courtdocuments@RussellCheatmam.com |
| Law Offices of Rick G. Bannon, P.A. | Law Office of Russell L. Cheatham III |
| 1901 Dr. M.L. King Jr. Street North | 5546 First Avenue North |
| St. Petersburg, FL 33704 | St. Petersburg, FL  33710 |
| Telephone:  727-896-4455 | Telephone: 727-346-2400 |
| | Facsimile: 727-346-2442 |
| Guillermo A. Ruiz – FBN 069475 | |
| Guillermo@ruizlawyers.com | Attorney for Claimant, Andrew Mentch |
| Jonathan M. Ruiz – FBN 121914 | |
| Jonathan@ruizlawyers.com | |
| Guillermo Ruiz Law | |
| 2901 Fifth Avenue North | |
| St. Petersburg, FL  33713 | |
| Telephone: 727-321-2728 | |

Attorneys for Claimant, Stephanie Ludwig

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 18, 2020, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                */s/  David F. Pope*
                                David F. Pope – FBN 164452